UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Eugene Reese,

    Defendant.

Case: 2:16-mj-30436
Assigned To : Unassigned
Assign. Date : 9/26/2016
Description: CMP USA v. SEALED MATTER (SO)

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the Complaint, Arrest Warrant, and all attendant papers for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

Louis Crisostomo
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Email address
313-226-9160
IL 6288094

**IT IS SO ORDERED.**

Mona K. Majzoub
United States Magistrate Judge

Entered: 9/26/16