UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                              Criminal No. 16-mj-30436

Eugene Reese,

    Defendant.

## MOTION AND ORDER TO UNSEAL THE COMPLAINT

  The United States of America requests the court to unseal the complaint, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                              Respectfully submitted,

                                              BARBARA L. MCQUADE
                                              United States Attorney

                                              *s/Louis Crisostomo*
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI  48226
                                              Louis.Crisostomo
                                              313-226-9160

IL 6288094

**IT IS SO ORDERED.**

                                      **s/Anthony P. Patti**
                                      Anthony P. Patti
                                      United States Magistrate Judge

Entered: October 5, 2016