UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 2:16-cr-20697

    Honorable Mona K. Majzoub

Eugene Reese,

    Defendant.

FILED OCT 25 2016 CLERK'S OFFICE U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Eugene Reese, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One:   Not less than 5 years and up to 40 years in prison, and $5,000,000 fine.

Count Two:   Up to 20 years in prison, and $1,000,000 fine.

_____
Eugene Reese
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
David R. Cripps
Counsel for Defendant

Dated: 10.25.16