UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE REESE,

    Defendant.

_____/

Case No.: 2:16-cr-20697
HONORABLE GEORGE CARAM STEEH

## STIPULATION FOR CONTINUANCE OF JURY TRIAL AND FINDING OF EXCLUDABLE DELAY

The parties stipulate and agree to the adjournment for 60 days of the plea cut-off hearing, which is currently scheduled on December 19, 2016, and jury trial, which is currently scheduled on December 27, 2016.

The parties desire to continue plea negotiations, agree that this constitutes good cause for an adjournment of the plea cut-off hearing and jury trial dates, and that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties also agree that plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1). S*ee United States v. Dunbar*, 357 F.3d 582, 593 (6th Cir. 2004); *United States v. Bowers*, 834 F.2d 607, 609-10 (6th Cir. 1987) (per curiam). Therefore, the period

from December 19, 2016, to the adjourned jury trial date should constitute excludable delay.

**IT IS SO STIPULATED,**

BARBARA L. MCQUADE
United States Attorney

s/Louis Crisostomo
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9160
louis.crisostomo@usdoj.gov

s/David Cripps w/consent
David R. Cripps
Attorney for Defendant
431 Gratiot
Detroit, Michigan 48226
(313) 963-0210
david.cripps@sbcglobal.net

Dated: December 14, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE REESE,

    Defendant.
_____/

Case No.: 2:16-cr-20697
HONORABLE GEORGE CARAM STEEH

## ORDER FOR CONTINUANCE OF JURY TRIAL AND FINDING OF EXCLUDABLE DELAY

Upon the Court's consideration of the parties' stipulation for a continuance and the Court being apprised of the circumstances, **IT IS ORDERED** that the plea cut-off hearing be continued from December 19, 2016, to February 27, 2017 at 11:00 a.m., and that the jury trial be continued from December 27, 2016, to March 13, 2017 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time period between December 19, 2016, and March 13, 2017 shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, because plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1). Further, considering the factors listed in 18 U.S.C. § 3161(h)(7)(B), and the reasons given by the parties, this Court finds that the ends of justice served

by this delay outweigh the best interests of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

   **IT IS SO ORDERED.**

Date: December 15, 2016

s/George Caram Steeh
Honorable George Caram Steeh
United States District Judge
