UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EUGENE REESE,

    Defendant.
_____/

CRIMINAL NO. 16-20697

HON. GEORGE CARAM STEEH

LOUIS CRISOSTOMO
Attorney for Plaintiff
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
E-mail: louis.crisostomo@usdoj.gov

DAVID R. CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
E-mail: david.cripps@sbcglobal.net

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

NOW COMES DAVID R. CRIPPS, Attorney for the Defendant, EUGENE REESE, and for this Motion states as follows:

1.     David Cripps was appointed to represent the defendant on August 25, 2015.

2.     A breakdown in the attorney client relationship has occurred between the Defendant and Defense Counsel.

3.     In light of the fact that Mr. Reese's case is not concluded, it appears to be an appropriate time for appointment of new counsel

4.   Pursuant to L.R. 7.1, on, undersigned counsel sought the concurrence of Assistant United States Attorney, Louis Crisostomo in the within motion who takes no position in this motion.

WHEREFORE, Defendant requests this Honorable Court to grant this Motion to Withdraw as Appointed Counsel.

Respectfully submitted,

Dated: 2/15/17

s/David R. Cripps
DAVID R. CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
E-mail: david.cripps@sbcglobal.net

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EUGENE REESE,

        Defendant.

_____/

CRIMINAL NO. 16-20697

HON. GEORGE CARAM STEEH

## BRIEF IN SUPPORT OF
## MOTION TO WITHDRAW AS APPOINTED COUNSEL

## TABLE OF AUTHORITIES

<u>Circuit Court</u>

<u>Wilson v. Mintzes</u>,
   761 F.2d 275 (6th Cir. 1985) .................................................................................. 1

<u>Local Rules of the U.S. District Court</u>

   Rule 57.1 ................................................................................................................ 1

### I.

Defense Counsel was appointed to represent Mr. Reese. Since that time, there has been a breakdown in the attorney-client relationship such that irreconcilable conflicts now exist. Therefore, Counsel feels that it is in the best interests of justice that he withdraw and a different panel attorney be appointed to represent the Defendant.

### II.

Rule 57.1 of the Local Rules of the United States District Court for the Eastern District Of Michigan provides:

> (b) An attorney who has appeared in a criminal case may thereafter withdraw only by written motion served upon the defendant personally or at the defendant's last-known address and upon all other parties. The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice.

An irreconcilable conflict in the attorney-client relationship is good cause to warrant substitution of counsel and comports with the tenets of the Sixth Amendment right to effective assistance of counsel. Wilson v. Mintzes, 761 F.2d 275 (6th Cir. 1985).

### III.

For the foregoing reasons, Counsel requests this Honorable Court allow him to withdraw from representation of Defendant.

Respectfully submitted,

s/David R. Cripps
DAVID R. CRIPPS (P34972)
Attorney for Defendant

431 Gratiot Avenue<br>
Detroit, MI 48226<br>
(313) 963-0210<br>
E-mail: david.cripps@sbcglobal.net

Date: 2/15/17

## CERTIFICATE OF SERVICE

DAVID R. CRIPPS hereby states that on the 15th day of February, 2017, he caused the foregoing *Motion to Withdraw as Appointed Counsel* to be filed electronically with the United States District Court and that copies of said memorandum were forwarded to all counsel of record using the ECF system. . I hereby certify that I have mailed by United States Postal Service the motion to the following non-ECF participant: Mr. Eugene Reese, Inmate # 2016-00021149, Wayne County Jail, 525 Clinton Street, Detroit, MI 48226.

*s/David R. Cripps*
DAVID R. CRIPPS