UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No.: 2:16-cr-20697
                              HONORABLE GEORGE CARAM STEEH

EUGENE REESE,

    Defendant.
_____/

## STIPULATION FOR CONTINUANCE OF JURY TRIAL AND FINDING OF EXCLUDABLE DELAY

The parties stipulate and agree to the adjournment of the plea cut-off hearing, which was scheduled on February 27, 2017, and jury trial, which is currently scheduled on March 13, 2017. After consultation with the Court's case manager, the parties respectfully propose that the plea cut-off hearing be adjourned to May 30, 2017, at 2:00 p.m., and jury trial be adjourned to June 6, 2017.

The parties would like to continue plea negotiations, agree that this constitutes good cause for an adjournment of the plea cut-off hearing and jury trial dates, and that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties also agree that plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1). *See*

*United States v. Dunbar*, 357 F.3d 582, 593 (6th Cir. 2004); *United States v. Bowers*, 834 F.2d 607, 609-10 (6th Cir. 1987) (per curiam). Therefore, the period from March 13, 2017, to June 6, 2017, should constitute excludable delay.

**IT IS SO STIPULATED,**

BARBARA L. MCQUADE
United States Attorney

s/Louis Crisostomo
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9160
louis.crisostomo@usdoj.gov
IL 6288094

s/David Cripps w/consent
David R. Cripps
Attorney for Defendant
431 Gratiot
Detroit, Michigan 48226
(313) 963-0210
david.cripps@sbcglobal.net

Dated: March 7, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No.: 2:16-cr-20697
                                      HONORABLE GEORGE CARAM STEEH

EUGENE REESE,

    Defendant.
_____/

## ORDER FOR CONTINUANCE OF JURY TRIAL AND FINDING OF EXCLUDABLE DELAY

Upon the Court's consideration of the parties' stipulation for a continuance and the Court being apprised of the circumstances, **IT IS ORDERED** that the plea cut-off hearing be continued from February 27, 2017, to May 30, 2017, at 2:00 p.m., and that the jury trial be continued from March 13, 2017, to June 6, 2017.

**IT IS FURTHER ORDERED** that the time period between March 13, 2017, and June 6, 2017, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, because plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1). Further, considering the factors listed in 18 U.S.C. § 3161(h)(7)(B), and the reasons given by the parties, this Court finds that the ends of justice served

by this delay outweigh the best interests of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Date: 3-8-16

_____
Honorable George Caram Steeh
United States District Judge